Mr. Reddie Houston
264 FM 3478 ROAD
HUNTSVILLE, TEXAS 77320

COURT OF CRIMINAL APPEALS 67,748-05,06,07,08
P.O. BOX 12308
CAPITOL STATION
AUSTIN TEXAS 78711

Dear Clerk;

My name is Mr. Reddie Houston. I am incarcerated at the ESTELLE UNIT.

Can you order Estelle Unit Law Library to mail out my legal mail and the postage is 8 stamps ($3.50)?

Allow them to send a affidavit with it as well.

Thank you for your time and convenience.

Sincerely
Mr. R. Reddie

Mr. Reddie Houston

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk